I. THE ENTRIES ON PAGES 54 AND 154 OF PROSECUTION EXHIBIT 15 THAT NMCCA FOUND TO BE TESTIMONIAL HEARSAY WERE NEITHER MADE WITH THE PRIMARY PURPOSE OF PROVING PAST EVENTS RELEVANT TO LATER CRIMINAL PROSECUTIONS NOR FORMALIZED. DID THE LOWER COURT ERR BY FINDING THAT THESE PAGES WERE TESTIMONIAL STATEMENTS?

II. DID THE LOWER COURT ERR BY FINDING THAT THESE ENTRIES DEEMED TESTIMONIAL HEARSAY CONTRIBUTED TO APPELLANT'S CONVICTION WHERE THESE ENTRIES ONLY PROVIDED TECHNICAL DATA AND THE GOVERNMENT'S CASE WAS OTHERWISE STRONG?

Appellant will file a brief under Rule 24 in support of said certificate on or before the 29th day of August, 2012. Appellee will file an answer no later than 30 days after the filing of Appellant's brief. A reply to Appellee's answer may be filed by Appellant no later than 10 days after the filing of Appellee's answer.

No. 12–0206/AR. U.S. v. Tommie L. Olds. CCA 20091044. Appellant's second motion to compel production of attorney case file and motion to admit affidavit of Appellant are hereby granted.

No. 12–0644/AR. U.S. v. Jayson J. Wall. CCA 20100174. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 10, 2012.

No. 12–8029/AR. Nidal M. Hasan, Appellant v. Gregory Gross, Colonel, U.S. Army, Military Judge, Appellee. CCA 20120667. Appellee's motion to file a supplemental joint appendix is granted.